Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 06 DEC '21 13:31 USDC-ORE

Eugene Division

Dennis Napper Tandy Jr

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Rogue Real Estate Sales & Property Management;
Paula Dodge Regional Manager;
Jane Doe Unnamed Property Owner

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. __6:21-CV-01750-MK__
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dennis Napper Tandy Jr |
| Address | 520 SE Floed Ave |
| | Roseburg　　　　　　　　　OR　　　　97470 |
| | *City*　　　　　　　　　　*State*　　　*Zip Code* |
| County | Douglas |
| Telephone Number | 541-680-5677 |
| E-Mail Address | dennistandyjr@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Rogue Real Estate Sales & Property Management |
| Job or Title *(if known)* | Paula Dodge Regional Manager |
| Address | 256 SE Stephens St |
| | Roseburg　　　　　　　　　OR　　　　97470 |
| | *City*　　　　　　　　　　*State*　　　*Zip Code* |
| County | Douglas |
| Telephone Number | (541) 677-0299 |
| E-Mail Address *(if known)* | roseburg@rentrogue.com |

☐ Individual capacity　　☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Jane Doe Unnamed Property Owner |
| Job or Title *(if known)* | Jane Doe Unnamed Defendant of Deceased Property Owner |
| Address | |
| | Roseburg　　　　　　　　　OR　　　　97470 |
| | *City*　　　　　　　　　　*State*　　　*Zip Code* |
| County | Douglas |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity　　☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

          *City*      *State*      *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

          *City*      *State*      *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see attached document for details.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see attached document for details.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Please see attached document for details.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Please see attached document for details.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attached document for details.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

That I will remain angry and distressed over this incident for a long time period to come. The emotional injury from the defendants actions is not limited to the length of time for those actions took place, but continues for an time thereafter-wards. The emotional injury in this case is real, just like the housing discrimination practices at my location are real. I have suffered emotional distress, embarrassment and humiliation. No amount of damage awarded could compensate me for the emotional injury just suffered, nor for the discriminatory housing practices at my very residence by a property manager who turns a blind eye against low-income disenfranchised citizens. When a person's home is violated, being denied reasonable privileges willfully with the intent to injure the tenant in the middle of a COVID-19 Douglas County outbreak by a property owner who obviously knows of the brother's alcohol and drug problem is in itself a wide-ranging abuse issue.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Therefore, Plaintiff prays for Judgment as follows:

(1.) Any relief the court deems just and proper, including a monetary relief award for emotional distress, the loss of civil rights, and for just general inconvenience.

(2.) Declare unconstitutional Defendants public housing Broadband Internet Access deprivation of rights.

(3.) Grant Injunctive Relief against private landlords and property managers who restrict Section 8 tenants on a case by case discrimination basses for equity of equal digital civil rights opportunities in a Douglas County COVID-19 environment needed in order to successfully become gainfully employed out of town as a low-income disenfranchised citizen living in Roseburg, Oregon.

(4.) Pro Se Attorney Fees Pursuant to Civil Rights Attorney Fees Act.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/01/2021

Signature of Plaintiff

Printed Name of Plaintiff: Dennis Napper Tandy Jr

### B. For Attorneys

Date of signing: 12/02/2021

Signature of Attorney: Dennis Napper Tandy Jr Pro Se

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address: 520 SE Floed Ave

City: Roseburg   State: OR   Zip Code: 97470

Telephone Number: (541) 680-5677

E-mail Address: dennistandyjr@gmail.com